UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN THE MATTER OF AN APPLICATION
OF THE UNITED STATES OF AMERICA
FOR AN ORDER AUTHORIZING THE
RELEASE OF HISTORICAL CELL-SITE
INFORMATION.
-----------------------------------------------------------X

**ORDER**
10-MC-0550 (RRM)

**MAUSKOPF, United States District Judge.**

      The decision of the Magistrate Judge dated August 27, 2010 is reversed and the Government's application is granted by separate order.  A written memorandum will follow.

SO ORDERED.

Dated: Brooklyn, New York
       November 29, 2010

     /s/_____
ROSLYNN R. MAUSKOPF
United States District Judge